FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 JUL -3 A 11: 15
CLERK'S OFFICE
AT BALTIMORE
BY ____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COREY DONNELL BROWN,<br>   aka "Slug,"<br>DAMON TERRELL BROWN,<br>   aka "Ray-Ray,"<br>PHILLIP LEWIS JOHNSON,<br>   aka "Nooney,"<br>MARK ALEXANDER MAYO,<br>ERIC ANTHONY WATSON,<br>   aka "Watt," and<br>CORNELIUS ROBERTS BEY,<br><br>    Defendants. | CRIMINAL NO. *12-0367*<br><br>(Conspiracy to Distribute and Possess with Intent to Distribute Heroin; 21 U.S.C. § 846) |

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury, but at least by in or about March 2012, and continuing through June 2012, in the District of Maryland and elsewhere, the defendants,

        COREY DONNELL BROWN,
            aka "Slug"
        DAMON TERRELL BROWN,
            aka "Ray-Ray"
        PHILLIP LEWIS JOHNSON,
            aka "Nooney"
        MARK ALEXANDER MAYO,
        ERIC ANTHONY WATSON,
            aka "Watt," and
        CORNELIUS ROBERTS BEY,

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to intentionally and knowingly distribute and

possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 7/3/12